UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JULIE DOMBROWSKI,

      Plaintiff,

                                        Hon. Maarten Vermaat

v.

                                        Case No. 2:22-cv-195

COMMISSIONER OF SOCIAL SECURITY

      Defendant.

_____/

## ORDER TO PROCEED IN FORMA PAUPERIS

IT IS ORDERED that the plaintiff in the above-entitled proceeding may commence this action without prepayment of fees or costs or security therefor. Any pleadings herein served by the United States Marshal shall be at the expense of the United States government. All costs shall be reimbursed to the United States should the plaintiff prevail.

Date:  October 21, 2022

                                          /s/ *Maarten Vermaat*
                                          MAARTEN VERMAAT
                                          U.S. Magistrate Judge