UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JULIE DOMBROWSKI,

           Plaintiff,

   v.

COMMISSIONER OF
SOCIAL SECURITY,

           Defendant.

_____/

Case No.  2:22-cv-00195

Hon. Maarten Vermaat
U.S. Magistrate Judge

**<u>ORDER</u>**

Plaintiff Julie Dombrowski filed an unopposed motion to dismiss this case.

Dombrowski's motion is granted, and this case is dismissed.

IT IS SO ORDERED

Dated:  February 2, 2023

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE